IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA

CHARLESTON DIVISION

TAMIE BERNETHY,

        Plaintiff,

v.                                   Civil Action No. 2:13-cv-19843

SOFRADIM PRODUCTION SAS and
TISSUE SCIENCE LABORATORIES LIMITED,

        Defendants.

## MEMORANDUM OPINION AND ORDER

On September 15, 2020, I entered an order directing plaintiff to show cause on or before September 30, 2020, why her case should not be dismissed without prejudice as to the remaining defendants, Sofradim Production SAS and Tissue Science Laboratories, Limited, pursuant to Rule 4(m) of the Federal Rules of Civil Procedure. Plaintiff has not shown cause. The court **ORDERS** that plaintiff's case must be dismissed without prejudice pursuant to Rule 4(m) for failure to serve the remaining defendant within 90 days after the complaint was filed.

The court **DIRECTS** the Clerk to send a copy of this Order to counsel of record and any unrepresented party.

ENTER: October 14, 2020

JOSEPH R. GOODWIN
UNITED STATES DISTRICT JUDGE